# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KENYETTA D. BENJAMIN  
3120 ALIDA STREET  
ROCKFORD, IL  61101  

Case Number: 07-70748

SSN-xxx-xx-9469

Case filed on: 3/30/2007  
Plan Confirmed on: 6/29/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,231.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 004 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KENYETTA D. BENJAMIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 9,711.20 | 9,711.20 | 3,606.73 | 0.00 |
|  | Total Secured | 9,711.20 | 9,711.20 | 3,606.73 | 0.00 |
| 003 | NICOR GAS | 1,322.53 | 1,322.53 | 0.00 | 0.00 |
| 005 | JOE BENJAMIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | PORTFOLIO RECOVERY ASSOCIATES | 796.61 | 796.61 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 898.19 | 898.19 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 9,485.10 | 9,485.10 | 0.00 | 0.00 |
|  | Total Unsecured | 12,502.43 | 12,502.43 | 0.00 | 0.00 |
|  | Grand Total: | 24,413.63 | 24,413.63 | 5,806.73 | 0.00 |

Total Paid Claimant: $5,806.73  
Trustee Allowance: $424.27  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan